**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  15-cr-00196-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RANDIRAY DAVID DELACRUZ,

    Defendant.

---

# MINUTE ORDER[1]

---

    The matter is before the court on the defendant's ***Unopposed* Motion To Exclude Time Under the Speedy Trial Act** [#60][2] filed April 19, 2016.  This order is entered to schedule and coordinate a date and time at which the court will hear the motion.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That on **April 29, 2016**, at 10:00 a.m. (MDT), the court shall conduct a telephonic (non-appearance) setting conference to set a hearing on the ***Unopposed* Motion To Exclude Time Under the Speedy Trial Act**;

    2.  That counsel for the defendant shall arrange, initiate, and coordinate the conference call to chambers at **303-335-2350** to facilitate the setting conference.

    Date:  April 25, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#60]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.